| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Eastern__ District of __California__ |
| (State) |
| Case number (*If known*): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Cool Roofing Systems, Inc.

2. **All other names debtor used in the last 8 years**    dba CRS

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    4 3 – 2 0 5 0 1 5 8

4. **Debtor's address**

   **Principal place of business**

   1286 Dupont Court
   Number    Street

   Manteca        CA    95336
   City           State  ZIP Code

   San Joaquin
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   P.O. Box _____

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**    www.cool-roofing.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Cool Roofing Systems, Inc.  
      Name

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 3 8 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No
☐ Yes.  District _____  When _____  Case number _____
                              MM / DD / YYYY
        District _____  When _____  Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
■ Yes.  Debtor  Jamie Benjamin Billman   Relationship  Shareholder
       District  USBC Eastern District of CA   When  11/01/2019
                                                             MM / DD / YYYY
       Case number, if known  19-90989

Debtor    Cool Roofing Systems, Inc.                    Case number *(if known)*_____
            Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                    Number      Street

             _____
             City                                  State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

| Debtor | Cool Roofing Systems, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ■ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-20-19
MM / DD / YYYY

X /s/ Jamie Billman
Signature of authorized representative of debtor

Jamie B. Billman
Printed name

Title President

**18. Signature of attorney**

X /s/ Jason Rios
Signature of attorney for debtor

Date 12/20/2019
MM / DD / YYYY

Jason E. Rios
Printed name

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
Firm name

500 Capitol Mall, Suite 2250
Number   Street

Sacramento    CA    95814
City          State  ZIP Code

916-329-7400
Contact phone

jrios@ffwplaw.com
Email address

190086          CA
Bar number      State

UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF COOL ROOFING SYSTEMS, INC., a California Corporation

The undersigned, representing the sole shareholder and all of the members of the Board of Directors (the "Board") of Cool Roofing Systems, Inc.. a California corporation (the "Corporation") pursuant to Section 1400 of the California Corporation Code, hereby adopt and approve the following resolutions by written consent:

WHEREAS, the affairs of the business of this corporation have not been successfully conducted for several weeks and this corporation is unable to pay its debts as they arise.

BE IT THEREFORE RESOLVED, that this Corporation file a voluntary petition for relief under Chapter 7 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California;

BE IT FURTHER RESOLVED, that Jamie B. Billman, President, be and hereby is authorized to prepare the necessary Petition and by his single signature execute all necessary documents, including Schedule of Assets and Liabilities, and Statement of Financial Affairs and bind the Corporation thereby in the Chapter 7 case as the responsible officer of the Corporation.

BE IT FURTHER RESOLVED, that the Corporation authorizes, affirms said President's authorization to engage the services of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP of Sacramento, California, and retention of the firm to act on behalf of the Corporation to file the Corporation's voluntary petition for relief under Chapter 7 of the Bankruptcy Code and to represent the Corporation in connection with such proceeding is hereby ratified.

BE IT FURTHER RESOLVED, that the Corporation authorizes, affirm's and ratifies said President's authorization to pay or cause to be paid to Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP $15,000 for legal services and the filing fee in connection with such proceeding, including hourly fees and costs incurred of $1,064.75 and a flat fee of $13,935.25.

This action by the unanimous consent of the undersigned Shareholders/Board Members of the Company, is hereby taken at a meeting of the undersigned on December 19, 2019, with all such Shareholders/Board Members acknowledging due and proper notice of the meeting and the business of this resolution having been given or waived.

IN WITNESS WHEREOF, the undersigned have executed this consent as of December 20, 2019.

_____
JAMIE B. BILLMAN