# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

```
In re                              ) Case No. 19-27849 - C - 7
Cool Roofing Systems, Inc.,,       ) Docket Control No. PP-1
Debtor.                            ) Document No. 111
                                   ) Date: 05/27/2020
                                   ) Time: 10:00 AM
                                   ) Dept: C
```

### Order

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

**IT IS ORDERED** that the motion is granted. The automatic stay is vacated with respect to the property described in the motion, commonly known as: U.S. District Court Western District of Oklahoma case no. CIV-19-705-R, as to all parties in interest. Any party with standing may pursue its rights against the property pursuant to applicable non-bankruptcy law. Resolved without oral argument.

All requests for attorney fees or other costs are denied with prejudice.

No other relief is authorized.

Dated: June 06, 2020

_____
United States Bankruptcy Judge

[111] - Motion for Relief from Automatic Stay [PP-1] Filed by Creditor Maguire-O'Hara Construction, Inc. (Fee Paid $0.00) (eFilingID: 6752281) (msts)