Epport, Richman & Robbins, LLP
Tyler R. Dowdall, State Bar No. 258950
1875 Century Park E Ste 800
Los Angeles, CA 90067-2525
(310) 785-0885 – Telephone
(310) 785-0787 – Facsimile
Tdowdall@erlaw.com – email

Donna T. Parkinson, State Bar No. 125574
Thomas R. Phinney, State Bar No. 159435
PARKINSON PHINNEY
3600 American River Drive, Suite 145
Sacramento, CA 95864
(916) 449-1444 – Main
(916) 449-1440 – Facsimile
donna@parkinsonphinney.com – email
Attorneys for Maguire O'Hara Construction

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>COOL ROOFING SYSTEMS, INC.,<br><br>Debtor. | Case No.: 19-27849-C-7<br><br>DC No.: PP-1<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Dept: C<br>Judge Christopher M. Klein, Courtroom 35<br>501 I Street, 6th Floor, Sacramento, CA |

The Motion of Maguire-O'Hara Construction, Inc. ("Maguire") seeking relief from the automatic stay under 11 U.S.C. section 362(d)(1) came on for hearing on May 27, 2020 Before the Honorable Christopher M. Klein. No opposition to Motion was filed. Hence, the Court removed the matter from the calendar and no appearances were required.

Based upon the pleadings and arguments filed.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. The motion for relief from the automatic stay of 11 U.S.C. § 362 as to litigation in the United States District Court for the Western District of Oklahoma, styled CIV-19-

RECEIVED
May 27, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006768730

705-R is hereby granted;

2.　The automatic stay is not modified with respect to enforcement of any judgment against Debtor, Gary Farrar, the chapter 7 trustee, or property of the bankruptcy estate. Any judgment obtained by Maguire shall be submitted to this Court for the proper treatment of any claims arising under the bankruptcy code. Maguire may enforce the judgment against any insurance policy (ies), proceeds, bonds or non-bankrupt third parties without further order of the Court;

~~3.　If the case is converted to another chapter in bankruptcy, the order shall be binding and of full force and effect; and~~

4.　Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived for cause.

Dated: June 09, 2020

_____
United States Bankruptcy Judge